# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 13-23321M |
| | Citizenship: MEXICO |
| Francisco Lira-Esquivel | |

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts: COUNT 1: On or about March 19, 2013, at or near Nogales, Arizona, in the District of Arizona, Francisco LIRA-Esquivel, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Tucson, Arizona on September 14, 2010, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326.
COUNT 2: That on or about March 19, 2013, at or near Nogales, Arizona, in the District of Arizona, Francisco LIRA-Esquivel, an alien, did unlawfully enter the United States of America from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325.

Francisco LIRA-Esquivel is a citizen of Mexico. On September 14, 2010, Francisco LIRA-Esquivel was lawfully denied admission, excluded, deported, and removed from the United States through Tucson, Arizona . On March 19, 2013, agents found Francisco LIRA-Esquivel in the United States at or near Nogales, Arizona. Francisco LIRA-Esquivel did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States. Francisco LIRA-Esquivel, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Francisco LIRA-Esquivel admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on March 19, 2013, at or near Nogales, Arizona.

| | |
|---|---|
| 03/21/2013 | at Tucson, Arizona |
| File Date | |

*[signature]*

Signature of Complainant

Sworn to before me and subscribed in my presence,

*[signature]*

Hector C. Estrada
United States Magistrate Judge

Signature of Judicial Officer

FBI Number: 547660AD7

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                                    CASE: 13-23321M

vs.

Francisco Lira-Esquivel

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**

The Defendant, Francisco Lira-Esquivel, was represented by counsel, Paul Holbrook (CJA).

The defendant pled guilty to Ct(s) 2 of the Complaint on 03/21/2013. Accordingly, Ct(s) 1 of the Complaint is dismissed and the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 03/19/2013 |

As pronounced on 03/21/2013, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of SIXTY (60) DAYS WITH CREDIT FOR TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Thursday, March 21, 2013.

                                                Hector C. Estrada
                                                United States Magistrate Judge

Arresting Agency: TCA
FBI Number: 547660AD7

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ARIZONA - TUCSON** | **MAGISTRATE JUDGE'S MINUTES** |

Date: 03/21/2013          Case Number: 13-23321M

USA vs.  **Francisco Lira-Esquivel**

U.S. MAGISTRATE JUDGE: HECTOR C. ESTRADA       Judge AO Code: 70BQ
ASSIGNED U.S. Attorney: Josh Ackerman
INTERPRETER REQ'D: Mirtha Nebeker, Spanish
Attorney for Defendant: Paul Holbrook (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be      **Same**
[X] Petty Offense    [X] Date of Arrest:    **03/19/2013**
[X] Arr/Plea of Guilty entered as to Ct(s) 2 OF THE COMPLAINT [X] Ct(s) 1 OF THE COMPLAINT to be dismissed upon entry of judgment.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of **SIXTY (60) DAYS WITH CREDIT FOR TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.

[X] Pursuant to the plea agreement, there being no objection by the deft/atty for the defendant IT IS ORDERED that the Complaint/Ct(s) 1 be dismissed.

[X] Defendant advised of appeal rights.

[X] Waiver of right to appeal explained.

OTHER:    Paul Holbrook (CJA) is appointed as attorney of record for defendant.

|  |  |
|---|---|
| Recorded by Courtsmart | COP: 1 |
| BY: Selina Vega | Sent: 0 |
| Deputy Clerk | IA: 0 |